CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKu

MAR 0 1 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HECTOR MOREL, )  | Civil Action No. 7:12-cv-00071 |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DISTRICT COURT, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to voluntarily dismiss this action without prejudice (no. 4) is **GRANTED**; this action is **DISMISSED without prejudice**; and the action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 1st day of March, 2012.

Senior United States District Judge